Stephen W. Rupp, Trustee (2824)
**McKAY, BURTON & THURMAN**
170 South Main Street, Suite 800
Salt Lake City, Utah 84101
Telephone: (801) 521-4135
Telefax No.: (801) 521-4252

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE

### DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | : Bankruptcy No. 09-31975 WTT |
|---|---|
| HECTOR ROBERTO ILLU and JOY MARIE ILLU, | : (Chapter 7) |
| Debtors. | : |

### NOTICE OF PAYMENT OF UNCLAIMED FUNDS OR SMALL DIVIDENDS INTO THE UNITED STATES BANKRUPTCY COURT REGISTRY

The duly-appointed and acting Trustee in this matter, pursuant to Rule 3011, Rules of Bankruptcy Procedure hereby gives notice of funds paid into the United States Bankruptcy Court registry and represents to the Court that:

1.  On September 27, 2011, the following small dividend distribution was made in the following amounts:

| **Creditor & Address** | **Check Amount** |
|---|---|
| Bruce L. Richards & Associates<br>P.O. Box 25786<br>Salt Lake City, UT 84125-0786 | $ 2.86 |
| Intermountain Health Care, Inc.<br>P.O. Box 27808<br>Salt Lake City, UT 84127-0808 | $ 1.50 |
| CentraCom<br>P.O. Box 7<br>Fairview, UT 84629 | $ 1.55 |

2

      Breeze-N-Thru Power Wash      $ 4.83
      P.O. Box 165134
      Salt Lake City, UT 84116

2.    A check in the amount of $10.74, representing said small dividend funds has been made payable to the Clerk of the U.S. Bankruptcy Court for the District of Utah and is attached hereto.

DATED this _21_ day of October, 2011.

      McKAY, BURTON & THURMAN

      By _____
      Stephen W. Rupp, Trustee

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice was mailed, postage prepaid, on the _21_ day of October, 2011, to the following:

      U.S. Trustee's Office      [via ECF]
      405 South Main Street, Suite 300
      Salt Lake City, Utah 84111

      _____

ka\pl\illu.unc